STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM GLASGOW, DEFENDANT-PETITIONER.

*Mr. Philip Tanis* and *Mr. Michael A. Sternick* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

April 29, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EDWARD J KISLIN, DEFENDANT- PETITIONER.

*Messrs. Wilentz, Goldman & Spitzer* and *Mr. Stephen E. Barcan* for the petitioner.

*Mr. Vincent P. Keuper* and *Mr. Elliot L. Katz* for the respondent.

April 29, 1969. Denied.

WILLARD S. HUBER, PLAINTIFF-PETITIONER, v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY, DEPARTMENT OF LABOR AND INDUSTRY, *ET AL.*, DE-FENDANTS-RESPONDENTS.

*Messrs. Plone, Tomar, Parks & Seliger* and *Mr. Philip Wolf* for the petitioner.

*Messrs. Stein & Stamelman* and *Mr. Edward A. Kaplan* for the respondents.

May 13, 1969. Denied.